0063-1M-EPIEXX-00124507-420697
Filed 01/06/15        Case 14-15605        Doc 23

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: GEORGE MANUEL SOUSA                                   Case No.: 14-15605-B-13F

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/19/2014.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 12/09/2014.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 1.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 866-695-8893 | Unsecured | 43.00 | NA | NA | .00 | .00 |
| ACCESS CAPITAL SERVICE | Unsecured | 2,912.71 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | Other | NA | .00 | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | Secured | 16,944.25 | NA | NA | .00 | .00 |
| CRB | Secured | 23,000.00 | NA | NA | .00 | .00 |
| DANIELS JEWELERS | Unsecured | 239.00 | NA | NA | .00 | .00 |
| EDUCATIONAL EMPLOYEES | Unsecured | 100.00 | NA | NA | .00 | .00 |
| FASHION BUG | Unsecured | 458.00 | NA | NA | .00 | .00 |
| FAST AUTO LOANS | Secured | 6,500.00 | NA | NA | .00 | .00 |
| FED LOAN SVC | Unsecured | 6,000.00 | NA | NA | .00 | .00 |
| FED LOAN SVC | Unsecured | 3,500.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 712.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITOL SYS | Unsecured | 139.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING | Unsecured | 464.00 | NA | NA | .00 | .00 |
| SEVENTH AVE | Unsecured | 49.00 | NA | NA | .00 | .00 |

0063-1M-EPIEXX-00124507-420697
Filed 01/06/15          Case 14-15605          Doc 23

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: GEORGE MANUEL SOUSA  
Debtor(s)

Case No.: 14-15605-B-13F

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SYNCB WALMART | Unsecured | 150.00 | NA | NA | .00 | .00 |
| TARGET | Unsecured | 409.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | Unsecured | 4,100.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/31/2014                    By: /s/Michael H. Meyer  
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.